ACCEPTED
04-15-00287-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 1:48:09 PM
KEITH HOTTLE
CLERK

No. 04-15-00287-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/24/2015 1:48:09 PM
KEITH E. HOTTLE
Clerk

_____

CECIL ADAMS and MAXINE ADAMS,
Appellants,

v.

HARRIS COUNTY, REBECCA ROSS, KATHLEEN KEESE, and
CHRISTOPHER A. PRINE, Clerk of the Court,
Appellees.

_____

Appealed from the District Court of Harris County, Texas
269th Judicial District
Trial Court Cause No. 2014-35653

_____

## APPELLEE HARRIS COUNTY'S NOTICE OF NEW LEAD COUNSEL

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 6.1, the undersigned attorneys for Appellee Harris County file this notice of new lead counsel as follows.

The above-captioned appeal involves two interlocutory orders signed by the trial court. The first interlocutory order sustained Appellee Prine's plea to the jurisdiction and dismissed Appellants' cross-claims or counterclaims against

Appellee Prine with prejudice. The second interlocutory order denied Appellants' motion to dismiss Appellee Harris County's interpleader suit against Appellants.

Texas Rule of Appellate Procedure 6.1(c) provides that new lead counsel may be designated by filing a notice, signed by the former and new lead attorney, and stating the identification information of the new lead counsel. That is the purpose of this notice.

The new lead counsel representing the Appellee, Harris County, in the above-referenced appeals is as follows:

> Keith A. Toler
> Assistant County Attorney
> 1019 Congress, 15th Floor
> Houston, Texas, 77002
> Phone: (713) 274-5265
> Fax: (713) 755-8924
> Email: Keith.Toler@cao.hctx.net
> State Bar No. 24088541

The designation of Brian Quintero as the lead counsel for Harris County in this appeal should be removed and all future communication to lead counsel for Harris County should be directed to Keith Toler.

> Respectfully submitted,
>
> VINCE RYAN
> Harris County Attorney
>
> /s/ Brian A. Quintero
> _____
> BRIAN A. QUINTERO
> Senior Assistant County Attorney
> State Bar No. 16436485

1019 Congress, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5173
Fax: (713) 437-8633
Email: brian.quintero@cao.hctx.net

ATTORNEY FOR APPELLEE,
HARRIS COUNTY


VINCE RYAN
Harris County Attorney

*/s/*  Keith A. Toler
KEITH A. TOLER
Assistant County Attorney
State Bar No. 24088541
1019 Congress, 15th Floor
Houston, Texas, 77002
Phone: (713) 274-5265
Fax: (713) 755-8924
Email: Keith.Toler@cao.hctx.net

ATTORNEY FOR APPELLEE,
HARRIS COUNTY

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of June, 2015, a true and correct copy of the foregoing appearance was served to Appellants Cecil and Maxine by certified mail, return receipt requested to 5510 S. Rice, #1206, Houston, Texas 77081, and by electronic transmission at cecillovesmax@sbcglobal.net.

I hereby certify that on this 24th day of June, 2015, a true and correct copy of the foregoing appearance was also served to all other parties to this appeal by electronic transmission to Christin Vasquez, counsel for Appellee Christopher Prine, at christin.vasquez@texasattorneygeneral.gov; Jayson Booth, counsel for Appellee Kathleen Keese, at jbooth@boothricheylaw.com; and Timothy J. Henderson, counsel for Rebecca Ross, at timjhenderson@msn.com.

*/s/* Keith A. Toler
KEITH A. TOLER
Assistant County Attorney

*/s/* Brian A. Quintero
BRIAN A. QUINTERO
Senior Assistant County Attorney